THE HONORABLE JAMAL N. WHITEHEAD
THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HA THU THI NGUYEN, | No. CV25-1833-JNW-GJL |
| Petitioner, | |
| v. | ORDER FOR BRIEFING SCHEDULE AND TO WITHDRAW REFERENCE TO MAGISTRATE JUDGE |
| PAMELA BONDI, Attorney General of the United States; *et al.*, | |
| Respondents. | |

THE COURT has considered Ha Thu Thi Nguyen's unopposed motion for a briefing schedule and request to withdraw reference to the Magistrate Judge.

IT IS ORDERED that the following briefing schedule is adopted:

- Respondents' return is due by October 28, 2025.
- Petitioner's response is due October 31, 2025.
- The Petition will be noted for October 31, 2025.

DONE this 28th day of October 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colin Fieman*
Attorney for Ha Thu Thi Nguyen

ORDER FOR BRIEFING SCHEDULE AND TO
WITHDRAW REFERENCE TO MAGISTRATE JUDGE
(*Nguyen v. Bondi, et.al.*, CV25-1833-JNW-GJL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100